■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JON J. DUQUIN, Appellant. (Appeal No. 2.) [726 NYS2d 315] —Judgment unanimously affirmed (*see, People v Duquin*, 284 AD2d 932 [decided herewith]). (Appeal from Judgment of Erie County Court, D'Amico, J.—Attempted Forgery, 1st Degree.) Present—Pigott, Jr., P. J., Hayes, Wisner, Scudder and Lawton, JJ.